```
 1  Hal Taylor, Esq.
    Of Counsel, Olinsky Law Group
 2  NV Bar No.: 4399
 3  2551 West Lakeridge Shores
    Reno, NV 89509
 4  Tel: (775) 825-2223
    Fax: (775) 329-1113
 5  Email: HalTaylorLawyer@gbis.com
 6
    Attorney for Plaintiff
 7                        UNITED STATES DISTRICT COURT
                                DISTRICT OF NEVADA
 8
```

| | | |
|---|---|---|
| JOSHUA E. LEMMENS, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 2:20-cv-00881 |
| | ) | |
| v. | ) | |
| | ) | **CONSENT MOTION** |
| | ) | **FOR EXTENSION OF TIME TO FILE** |
| ANDREW SAUL, | ) | **PLAINTIFF'S BRIEF** |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

    Plaintiff, Joshua E. Lemmens, by his attorney, Hal Taylor, Esq., Of Counsel, Olinsky Law Group, hereby moves for a sixty day extension of time to file Plaintiff's Opening Brief. Plaintiff's opening brief is currently due to be filed May 13, 2021.

    Due to the backlog of transcripts created by COVID-19 and the Commissioner's response, the Commissioner is able to produce records at a rapid pace. As a result, this has caused multiple, simultaneous filing deadlines that cannot be met by Plaintiff's Counsel. This, prevents counsel from preparing a proper and meritorious brief. Plaintiff requests this time to allow for review of the record and proper preparation of Plaintiff's Brief. Wherefore, Plaintiff requests an extension from May 13, 2021 up to and including July 12, 2021 to file his brief.

Counsel for the Plaintiff has conferred with defendant's counsel who kindly has consented to this request.

Dated this 11th day of May, 2021.

                            Respectfully submitted,

                            */s/Hal Taylor*
                            Hal Taylor, Esq.
                            Of Counsel, Olinsky Law Group
                            NV Bar No.: 4399
                            223 Marsh Ave.
                            Reno, NV 89509
                            Tel: (775) 825-2223
                            Fax: (775) 329-1113
                            HalTaylorLawyer@GBIS.com

## **ORDER**

### IT IS SO ORDERED

**DATED:** 12:16 pm, May 14, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**