Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
2551 W. Lakeridge Shores
Reno, NV 89519
Telephone: 775-825-2223
Facsimile: 775-329-1113
Email: HalTaylorLawyer@gbis.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| JOSHUA E. LEMMENS, | |
|---|---|
| Plaintiff, | Case No. 2:20-cv-00881-BNW |
| vs. | **MOTION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C.A. § 2412.** |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant | |

**PLAINTIFF'S MOTION FOR ATTORNEY'S FEES PURSUANT TO THE**

**EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C.A. § 2412.**

**COUNSEL:**

**PLEASE TAKE NOTICE** that upon the annexed affirmation of Hal

Taylor, attorney for Plaintiff, and other papers, Plaintiff will make a motion before

Hon. Brenda N. Weksler at Lloyd D. George Courthouse, 333 Las Vegas Blvd.

South, Las Vegas, NV 89101 on a date to be set by the court, for an order:

Page **1**

1. Awarding an Equal Access to Justice Act Counsel Fee for $8,019.70; and

2. Awarding expenses in the amount of $17.25; and

3. Awarding costs in the amount of $400.00; and

4. If Plaintiff has no debt registered with the Department of Treasury subject to offset that the fees be made payable to the attorney.

Plaintiff, by his attorney, Hal Taylor, moves the court for an award to be paid by the Defendant under the Equal Access to Justice Act, 28 U.S.C.A. § 2412.

Plaintiff may receive an award under the Equal Access to Justice Act because he is the prevailing party, is an individual whose net worth did not exceed two million dollars when the action was filed, and the position of the United States in this litigation and/or at the agency was not substantially justified. Although the burden of proof on substantial justification is on the government, Plaintiff's supporting memorandum briefly addresses this issue.

There are no special circumstances in this case which make an award under the EAJA unjust.

This motion is supported by an affirmation of Plaintiff's attorney, attached time and cost records and an Affidavit and Waiver of Direct Payment by Plaintiff.

Executed this October 26, 2021

**Order**
IT IS ORDERED that ECF No. 23 is DENIED as moot in light of ECF No. 26.

**IT IS SO ORDERED**
**DATED:** 11:26 am, November 29, 2021

*[signature]*
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

Respectfully submitted,

Page **2**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

/s/ *Hal Taylor*
Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
2551 W. Lakeridge Shores
Reno, NV 89519
Telephone: 775-825-2223
Facsimile: 775-329-1113
Email: HalTaylorLawyer@gbis.com

Attorney for Plaintiff