AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Joshua E. Lemmens,

    Plaintiff,

v.

Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:20-cv-00881-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Plaintiff's attorney, Olinsky Law Group, is awarded attorneys' fees pursuant to 42 U.S.C. § 406(b) in the amount of $31,322.50.

11/17/2022
Date

DEBRA K. KEMPI
Clerk

/s/ J. Callo
Deputy Clerk